UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brian Burmaster,

                Plaintiff,

v.

American Psychiatric Association,

                Defendant.

Civil No. 17-cv-5210 (MJD/HB)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Defendants' Motion to Dismiss [Doc. No. 12] is **GRANTED**;

3. Plaintiff's Motion to Transfer Medical Records [Doc. No. 30] is **DENIED AS MOOT**; and

4. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 9, 2018          s/ Michael J. Davis
                                       MICHAEL J. DAVIS
                                        United States District Court